```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHAVON SHANTA FIELDS,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
               Defendant.
-----------------------------------------------------------X

19 **CIVIL** 0018 (AJN) (DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing, evaluating the opinion of the treating sources as required by regulations, and providing a de novo decision in the case in accordance with the Commissioner's rules and regulations, and pursuant to the forth sentence of 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
        January 6, 2020

                                                      RUBY J. KRAJICK
                                                        _____
                                                              **Clerk of Court**
                                         BY:
                                                                  **Deputy Clerk**

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON 1/6/2020