USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Chavron Shanta Fields,

            Plaintiff,

–v–

Commissioner of Social Security,

            Defendant.

19-cv-18 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On March 30, 2020, Plaintiff moved for attorney's fees pursuant to the Equal Access to Justice Act. Dkt. No. 26. As of this date, the Court is not in receipt of a response from the Government. If the Government intends to file a response, it must do so no later than May 25, 2020. If the Government does not file a response, the Court will deem Plaintiff's motion unopposed.

SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                  ALISON J. NATHAN
                               United States District Judge