**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Chavon Shanta Fields,

                        Plaintiff,

      -against-                                    19 **CIVIL** 18 (AJN)(DF)

                                                    **JUDGMENT**

Commissioner of Social Security,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2022, the Report and Recommendation is adopted in its entirety and Plaintiff's motion for attorney's fees is GRANTED under 42 U.S.C. § 406(b)(1). The Court orders the following: (1) that attorney's fees be awarded to Plaintiff's counsel in the amount of $14,677.75 and (2) that Plaintiff's counsel refunds promptly to Plaintiff the $8,200 in attorney's fees previously awarded by the Court, under the Equal Access to Justice Act; accordingly, the case is closed.

**Dated:** New York, New York

       March 22, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                      **BY:**      *K. Mango*

                                                               **Deputy Clerk**